1  STEVEN W. PITE (CA SBN 157537)
   JOHN D. DUNCAN (CA SBN 179560)
2  CASPER J. RANKIN (CA SBN 249196)
   PITE DUNCAN, LLP
3  4375 Jutland Drive, Suite 200
   P.O. Box 17933
4  San Diego, CA 92177-0933
   Telephone: (858) 750-7600
5  Facsimile: (619) 590-1385

6  Attorneys for  JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

7

8                    **UNITED STATES BANKRUPTCY COURT**

9           **NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

10   In re                                    | Case No. 10-41388

     MICHAEL LIDDELL DROUBAY,                 | Chapter 13
11
              Debtor(s).                      | **JPMORGAN CHASE BANK,**
12                                            | **NATIONAL ASSOCIATION'S**
                                              | **REQUEST FOR SPECIAL NOTICE**
13                                            | **AND SERVICE OF PAPERS AND**
                                              | **RESERVATION OF RIGHTS**
14

15  TO:       UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL
              INTERESTED PARTIES
16

17           PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for

18  JPMorgan Chase Bank, National Association hereby requests special notice of all events relevant to

19  the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the

20  above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy

21  Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests

22  for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of

23  all matters which must be noticed to creditors, creditors committees and parties-in-interest and other

24  notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the

25  above-referenced bankruptcy court.

26  /././

27  /././

28  /././

REQUEST FOR SPECIAL NOTICE

1    PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the

2  Master Mailing List in this case, the following address be used:

3                                      Casper J. Rankin
                                      PITE DUNCAN, LLP
                                   4375 Jutland Drive, Suite 200
4                                        P.O. Box 17933
                                    San Diego, CA 92177-0933
5        Neither this Request for Special Notice nor any subsequent appearance, pleading,

6  claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a

7  waiver of the within party's:

8         a.      Right to have any and all final orders in any and all non-core matters entered

9  only after de novo review by a United States District Court Judge;

10        b.      Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the

11  instant proceeding by Fed. R. Bankr. P. 7004, notwithstanding Pite Duncan, LLP's participation in

    the instant proceeding. This Request for Special Notice shall not operate as a confession and/or
12
    concession of jurisdiction. Moreover, the within party does not authorize Pite Duncan, LLP, either
13
    expressly or impliedly through Pite Duncan, LLP's participation in the instant proceeding, to act as
14
    its agent for purposes of service under Fed. R. Bankr. P. 7004;

15        c.      Right to trial by jury in any proceeding as to any and all matters so triable

16  herein, whether or not the same be designated legal or private rights, or in any case, controversy or

    proceeding related hereto, notwithstanding the designation or not of such matters as "core
17
    proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to
18
    statute or the United States Constitution;

19        d.      Right to have the reference of this matter withdrawn by the United States

20  District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

21        e.      Other rights, claims, actions, defenses, setoffs, recoupments or other matters

22  to which this party is entitled under any agreements at law or in equity or under the United States

    Constitution.
23
    Dated: March 15, 2010                    PITE DUNCAN, LLP
24

25                                          /s/ Casper J. Rankin
                                           CASPER J. RANKIN
26                                          Attorneys for JPMORGAN CHASE BANK,
                                           NATIONAL ASSOCIATION
27

28

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE BY MAIL |
| 2 | I, Ana Velazquez, am a resident of San Diego, California, and I am over the age of eighteen |
| 3 | (18) years, and not a party to the within action.  My business address is 4375 Jutland Drive, Suite |
| 4 | 200; P.O. Box 17933, San Diego, CA 92177-0933. |
| 5 | I served the attached REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS |
| 6 | AND RESERVATION OF RIGHTS by placing a true copy thereof in an envelope addressed to: |

Corrine Bielejeski
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612-3610

Michael Liddell Droubay
3528 Harrison Street
Oakland, CA 94611

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

U.S. Trustee
Department of Justice
1301 Clay St. #690N
Oakland, Ca 94612

Which envelope was then sealed and postage fully prepaid thereon, and thereafter on March 15, 2010, deposited in the United States Mail at San Diego, California.  There is regular delivery service between the place of mailing and the place so addressed by the United States Mail.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 15, 2010                    /s/ Ana Velazquez
                                                         ANA VELAZQUEZ